IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY ANTOSZ | Magistrate No. 22-727 |

**AFFIDAVIT FOR CRIMINAL COMPLAINT**

I, Samantha Shelnick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the FBI Pittsburgh, Pennsylvania office. I have been so employed since March 2016. As part of my duties, I investigate violations of federal law, including the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors, and the interstate travel by adults for the purpose of engaging in unlawful sexual acts with children. I have gained expertise in the conduct of such investigations through training in the area of child pornography and child exploitation investigations in my everyday work related to conducting these types of investigations, and I have had the opportunity to observe and review numerous examples of child pornography in a variety of media, including computer media. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including the execution of federal search warrants and seizures, and the identification and collection of computer-related evidence. I have personally participated in the execution of numerous federal arrest warrants, search warrants involving the search and seizure of computer equipment in cases involving violations of Title 18, United States

1

Code, Sections 2250, 2251(a), 2252(a), 2422(a) and (b), and 2423—offenses involving the sexual exploitation of children, child pornography, and enticement.

2.      I know that Title 18, United States Code, Section 2422(b) makes it a crime to use a facility or means of interstate commerce, such as the Internet and the telephone, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

3.      I am aware that Pennsylvania prohibits a person from intentionally contacting a minor, including a law enforcement officer acting in an undercover capacity and assuming the identity of a minor, for the purpose of engaging in the activity of any one or more of the activities prohibited in Chapter 31 of Pennsylvania's crime code, 18 Pa. C.S. § 6318(a)(1), and that Chapter 31 of Pennsylvania's Criminal Code, Section 3122.1(b) prohibits a person from engaging in sexual intercourse with an individual under the age of 16 years and that person is 11 or more years older than the individual and the person and the individual are not married to each other, and Section 3123(a)(7) prohibits a person from engaging in deviate sexual intercourse with an individual who is less than 16 years of age and the person is four or more years older than the individual and the individual and the person are not married to each other.

4.      This affidavit is being submitted in support of a Criminal Complaint and arrest warrant against defendant, ANTHONY ANTOSZ ("hereinafter referred to as ANTOSZ") charging him with a violation of 18 U.S.C. § 2422(b) (Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity).

5.      I am familiar with the facts and circumstances set forth in this affidavit as a result of my participation with an investigation conducted by the FBI Pittsburgh Violent Crimes Against Children Task Force, information received from other criminal investigators, and my review of

chats between the Undercover Agents (hereinafter "undercover" or "UC") and ANTOSZ.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. In summary, the following affidavit sets forth facts establishing probable cause that ANTOSZ used a facility of interstate commerce, the Internet and a cellular telephone network, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in unlawful sexual activity.  ANTOSZ utilized the name "Tony northside" on a specific social media Internet application (hereinafter "social media platform"). ANTOSZ had one profile picture of what appeared to be an adult white male with a tongue ring. Additionally, the telephone number 412-923-9748 was listed in the "info" section of the social media profile.  Furthermore, during text message conversations with the UC, ANTOSZ stated he lived in the northside area of Pittsburgh, specifically "on perrysville." Furthermore, ANTOSZ shared several pictures of his face and body (including pictures of his genitalia) with the undercover.

7. On January 19, 2022, ANTOSZ initiated contact with the undercover, who had assumed the identity of a twelve-year-old female, via the private messaging feature on the social media platform.  ANTOSZ and the UC continued to communicate on this platform until ANTOSZ provided his telephone number, 412-923-9748 and asked the UC to text that number.  As ANTOSZ and the UC continued to communicate, they chatted via both the social media platform and text messaging, sometimes switching between the two mediums.  ANTOSZ provided his phone number and several pictures in which you could see his face, each which allowed agents to identify ANTOSZ'S true identity.  Based on my training and experience and the facts set forth in this

3

affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 2422(b) has been committed by ANTOSZ.

## PROBABLE CAUSE

8.  In September 2021, the undercover created an account on an Internet-based application which is a geosocial networking and online dating application. The social media application runs on iOS and Android devices and is available for download from the Apple App Store and Google Play. On this social media platform, users can tap on the picture of another social media user, and the app will display a brief profile for that user, as well as the option to chat, send pictures, and share one's precise location.

9.  In this investigation, the UC assumed the identity of a twelve-year-old female located in Pittsburgh, Pennsylvania. ANTOSZ used the name, "Tony northside," on the social media platform to contact the UC via this application. ANTOSZ first initiated conversation with the UC via the social media platform's private messaging feature on January 19, 2022. During the course of their conversations, ANTOSZ told the UC that he was thirty-four years old and later stated he was forty-five years old, living in the Pittsburgh area. ANTOSZ also sent several pictures of his face while chatting with the UC.

10. On or about January 20, 2022, ANTOSZ provided the UC with his telephone number, 412-923-9748, through a private message and stated, "Tex my num and I'll show u current pics." On this same day, the UC sent a text message to the telephone number provided by ANTOSZ which stated "heyy its me." ANTOSZ responded "oh hiii" and shortly thereafter sent a picture which contained his face. In summary, during this investigation, ANTOSZ engaged the undercover in private message conversations on the social media platform, as well as text message conversations from January 19, 2022 to May 16, 2022, which means ANTOSZ used a facility or

4

means of interstate commerce, specifically, the Internet and over a cellular phone network.

11.     Searches of open-source databases revealed that ANTOSZ is forty-five years old and lives in the Northside area of Pittsburgh, Pennsylvania. The UC chatted with ANTOSZ from Pittsburgh, Pennsylvania, in the Western District of Pennsylvania. The individual pictured on ANTOSZ'S driver's license and in his public-facing Facebook profile is the same adult male depicted in the pictures ANTOSZ sent to the UC via private messages in the social media platform and through text messages. Additionally, the pictures ANTOSZ sent while chatting with the UC appear to be similar to pictures of ANTOSZ in ANTOSZ's Facebook.

12.     On January 19, 2022, ANTOSZ initiated the following conversation with the UC:





13.     The conversation continued on January 19, 2022, with ANTOSZ and the UC discussing where the UC goes to school and where the UC lives. The UC asked ANTOSZ where he lived and ANTOSZ stated, "I'm on the North side of pgh" and "I'm on Perrysville."

14.     Also on January 19, 2022, ANTOSZ told the UC his actual age was forty-five years old and provided an additional picture of his face during the following conversation:



15. Between February 11, 2022 and February 15, 2022, ANTOSZ had conversations with UC which were sexual in nature, including the following conversations:

7



16.     For the rest of February 2022 and into March and April 2022, ANTOSZ continued to speak almost daily with the UC.  On April 27, 2022, ANTOSZ engaged the UC in the following conversation:

```
Apr 27, 2022, 5:58:09 AM  : ANTOSZ: 😴
Apr 27, 2022, 7:52:54 AM  : UC: Mornin
Apr 27, 2022, 8:05:42 AM  : ANTOSZ: Hi morning lil chic
Apr 27, 2022, 8:14:54 AM  : UC: Mornin bigbig guy
Apr 27, 2022, 8:35:52 AM  : ANTOSZ: Lol 😂😂
Apr 27, 2022, 8:36:17 AM  : ANTOSZ: Don't get caught on phone so u don't get detention 😂😂
Apr 27, 2022, 8:51:15 AM  : UC: Imma 😇
Apr 27, 2022, 8:51:44 AM  : ANTOSZ: 😈😈
Apr 27, 2022, 12:43:09 PM : ANTOSZ: Lil 😇 I wanna see u bad and naughty
Apr 27, 2022, 12:54:28 PM : UC: U like naughty
Apr 27, 2022, 1:01:06 PM  : ANTOSZ: 😈😈 sometimes
Apr 27, 2022, 1:01:23 PM  : ANTOSZ: I can and am naughty
```

8

Apr 27, 2022, 1:04:23 PM  : UC: Haha I bet 🤭
Apr 27, 2022, 1:05:13 PM  : ANTOSZ: Wait till we're in person and u let me just admire you 🥰 💯
Apr 27, 2022, 1:06:47 PM  : ANTOSZ: I'm just a cool calm chilled type person but alot of time my ADHD takes over and I'm such a bigger kid
Apr 27, 2022, 1:07:34 PM  : UC: Haha u wont jus do that u lie 🥴 🥴 u will be like 🐻
Apr 27, 2022, 1:11:30 PM  : ANTOSZ: Ok bet when u ready to come over I will send Lyft for u and for u to go back home or if u wanted to meet somewhere else 1st I'm cool wit that to I won't do nothing to u u tell me what to touch and do and it'll be done RS 💯 💯
Apr 27, 2022, 1:22:59 PM  : UC: How come u always ask n never say wht u wanna do n like put it on me lolol😁
Apr 27, 2022, 1:28:54 PM  : ANTOSZ: I just wanna touch all over u if u want me to do anything else I'll do it lick both them lil holes I'll even wash you in the shower
Apr 27, 2022, 1:30:35 PM  : ANTOSZ: I'll eat that pussy till u cum for the 1st time all over my face and nothing been in my mouth with the snake bite piercing I WANNA GET YOUR BELLY BUTTON PIERCED
Apr 27, 2022, 1:31:14 PM  : ANTOSZ: MMS Received
*[ANTOSZ sends an image of his erection underneath his underwear]*
Apr 27, 2022, 1:31:24 PM  : ANTOSZ: I talk about it and look now had to sit down 🤭 🤭 🤭
Apr 27, 2022, 1:33:09 PM  : UC: Will u go slow or r u gonna be like all 🤪
Apr 27, 2022, 1:33:19 PM  : ANTOSZ: As soon as u say and tell me u ready to hangout the Lyft will be were ever u need and want it sent to ASAP 🥰 💯
Apr 27, 2022, 1:34:21 PM  : UC: Haha lemme see wher I'm goin aftr school 2day k
Apr 27, 2022, 1:34:28 PM  : UC: 🥴 🥰 😍
Apr 27, 2022, 1:36:29 PM  : ANTOSZ: I would go slow and wait for u to tell me I can 🥰 I'm not a hurtful person in any aspect of anything 💯 💯 I'm the same In person that I am texin
Apr 27, 2022, 1:37:05 PM  : ANTOSZ: Just to touch all over that body I'd be so fine u want pussy ate grab my mohawk put my face were u want it
Apr 27, 2022, 1:45:46 PM  : ANTOSZ: Kinda can't wait till summer come to with no school maybe be easier to and if there a time u don't wanna go home u can stay if u wanted idc my place more empty then me being in it but I'm also trying to move to 2 grandkids now my place not big enough and now with my youngest daughter now pregnant so that gonna be 3 kids 🥰 u just lay around in my Hollister undies and a tank top id be so cool to I'm not hard to get along with
Apr 27, 2022, 1:47:02 PM  : UC: Haha im dyin rt now lemme see I think my mum ain't home 2day she at work
Apr 27, 2022, 1:47:40 PM  : UC: I just gotta be home by like b4 she gets home or u can come here
Apr 27, 2022, 1:56:34 PM  : UC: I hv like 1 hour of school left

The conversation continued:



10





17. After this conversation, ANTOSZ continued to converse with the UC through May 2022, including the following conversation on May 7, 2022:

> May 7, 2022, 2:48:23 PM  : ANTOSZ: U gonna hit my medical marijuana weed when we hang out
> May 7, 2022, 2:48:45 PM  : ANTOSZ: Y u think I have so much junk food next to my bed 😂😂
> May 7, 2022, 2:48:46 PM  : UC: Can I 🙋
> May 7, 2022, 2:49:27 PM  : ANTOSZ: If u want yeah idc I wouldn't give u anything that u would come addicted to

12

> May 7, 2022, 2:51:04 PM  : ANTOSZ: I'm so easy to get along with when u get to my place u just go ahead and do whatever u want change tv etc cause I'll be occupied touching your body and whatever else u tell me to touch
> May 7, 2022, 2:57:44 PM  : ANTOSZ: And me touching on your body this WILL NOT just be 1 time it will be every time even if u ask yes also I'ma big freak my mind always thinking like sexually like I wanna be laying on my back and u put that lil pink sexy pussy right on my face and mouth I'll do the rest
> May 7, 2022, 3:05:01 PM  : UC: K 😇 💯
> May 7, 2022, 3:13:03 PM  : ANTOSZ: You can be my lil boo boo strange u like older guys
> May 7, 2022, 3:14:04 PM  : ANTOSZ: And all u gotta do is pull my lil pony tail put mouth were u want it and I so got u
> May 7, 2022, 3:15:00 PM  : UC: U think im weird I dunno I jus do whtvr n not really care abt stuff 2 much

18. ANTOSZ continued to converse with UC through May 2022, including the following conversation on yesterday's date, May 16, 2022:

> May 16, 2022, 7:45:19 AM  : UC: Nooo school gonna sleep in 2day
> May 16, 2022, 8:00:38 AM  : ANTOSZ: Haha bad girl I'm off maybe u could come over
> May 16, 2022, 8:05:06 AM  : UC: 😇 😈 😊 😇 ur lucky ur off 2day
> May 16, 2022, 8:40:42 AM  : ANTOSZ: My only day off
> May 16, 2022, 8:41:20 AM  : UC: Ya me 2
> May 16, 2022, 8:42:48 AM  : ANTOSZ: Every week u was bad so that y u home lol wanna come over lil later
> May 16, 2022, 8:43:31 AM  : UC: Ya im suspnnded from school
> May 16, 2022, 8:43:53 AM  : UC: Ur bad not me haha
> May 16, 2022, 8:44:58 AM  : ANTOSZ: I used to be maybe today will be the day we meet it's miserable and good day to touch your bidy
> May 16, 2022, 8:45:02 AM  : ANTOSZ: Body
> May 16, 2022, 8:45:54 AM  : UC: Cuz its rainin is a good day 2 touch my body 😱
> May 16, 2022, 8:59:21 AM  : ANTOSZ: Yes yes don't have to look outside also when it sunny and u sweating will look sexy to
> May 16, 2022, 9:03:06 AM  : ANTOSZ: Send me right now pic of that body and I'll show you what it does to me it makes me feel
> May 16, 2022, 9:03:53 AM  : ANTOSZ: MMS Received
> *[ANTOSZ sends an image of his clothed crotch area]*
> May 16, 2022, 9:31:03 AM  : UC: Haha u want a pic
> May 16, 2022, 9:32:45 AM  : ANTOSZ: 😇😇😇😇 yes yes wanna see lil tony rise lol
> May 16, 2022, 9:33:15 AM  : UC: Haha I doubt my pics do tht but ok 1 sec
> May 16, 2022, 9:33:56 AM  : ANTOSZ: But it so does you'll see when u come one day
> May 16, 2022, 9:34:13 AM  : UC: 😇 😊
> May 16, 2022, 9:34:32 AM  : UC: What u wanna see like br
> May 16, 2022, 9:34:35 AM  : UC: B4
> May 16, 2022, 9:34:48 AM  : ANTOSZ: I'ma lick all on you too if I'm allowed

13

May 16, 2022, 9:35:23 AM  : ANTOSZ: Yes and the bra 😊😊
May 16, 2022, 9:35:28 AM  : UC: 😊😇😚😈
May 16, 2022, 9:35:53 AM  : ANTOSZ: 😂😂 but so😋😛😊😊😊
May 16, 2022, 9:37:10 AM  : UC: How bout jus my bottoms n legs I dont like my top
May 16, 2022, 9:37:18 AM  : ANTOSZ: 👍
May 16, 2022, 9:37:49 AM  : ANTOSZ: Y your so small and sexy though
May 16, 2022, 9:38:53 AM  : ANTOSZ: IMMA BE ALL OVER YOU JUST DON'T KNOW ANYTHING I SAY UNTIL IT'S NOT A LIE YOU MAKE MY DICK HARD
May 16, 2022, 9:40:37 AM  : UC: Omg im all 🦋🦋🦋😜
*[UC sends ANTOSZ a picture[1] and ANTOSZ responds sending multiple pictures of his erect penis underneath his underwear]*
. . .
May 16, 2022, 9:44:58 AM  : UC: 🤣
May 16, 2022, 9:45:23 AM  : UC: 🤩
May 16, 2022, 9:45:52 AM  : UC: I look fat in tht pic I thot I dunno
May 16, 2022, 9:45:57 AM  : ANTOSZ: U did it 😂😂 but I love it I can't wait to touch you and I will not touch your private area till I'm told I can 💯💯
May 16, 2022, 9:46:07 AM  : ANTOSZ: Your fine fat wear
May 16, 2022, 9:46:19 AM  : UC: U can if u dont hurt me rt
May 16, 2022, 9:46:32 AM  : ANTOSZ: Would love to see u all baby oiled up hole body 😊😊😊
May 16, 2022, 9:46:39 AM  : UC: We talkd abt it b4
May 16, 2022, 9:47:00 AM  : ANTOSZ: I wouldn't hurt u I'm not a hurtful type person I've never been in a fight in my life other than the person who told me he loved me hurt me the most
May 16, 2022, 9:47:17 AM  : UC: Ya I trust u
May 16, 2022, 9:47:42 AM  : ANTOSZ: All u gotta do is just lay there sexy and I'll do the rest and it wouldn't be just 1 time it would be done everytime
May 16, 2022, 9:48:09 AM  : UC: Like wht u said b4 u did
May 16, 2022, 9:48:38 AM  : ANTOSZ: Oiled up
May 16, 2022, 9:49:40 AM  : UC: Im gettn oiled up haha nvr benn oild up
May 16, 2022, 9:50:21 AM  : ANTOSZ: Yes yes u would look even sexier I'd even wash u in the shower

19.     On May 16, 2022, ANTOSZ continued to speak with the UC about him purchasing a Lyft ride for the UC to come to his residence that day. On May 16, 2022, at approximately 5:33 PM, ANTOSZ sent the UC a screenshot and link confirming that he purchased a Lyft ride for the

---

[1] All images send by the UC were not images of a real child.

purported minor to travel from her purported residence in Allegheny County to his residence located at 2143 Perrysville Avenue in Pittsburgh, Pennsylvania. The Lyft ride was supposed to arrive at ANTOSZ's residence at approximately 6:13 PM.

20. Shortly before the estimated arrival time, ANTOSZ went outside his residence. At approximately 6:14 PM, outside of ANTOSZ's residence located at 2143 Perrysville Avenue in Pittsburgh, Pennsylvania, agents arrested ANTHONY ANTOSZ for violating 18 U.S.C. § 2242(b), attempted coercion and enticement of a minor to engage in sexual activity. Upon detaining ANTOSZ, agents seized ANTOSZ's cellular telephone from him. At this time, which was approximately 6:15 PM, the undercover sent a "test" text message to the phone number which ANTOSZ gave to the UC and via which ANTOSZ had been communicating with the UC since January 2022. Your affiant later saw the "test" message on the Samsung cellular telephone seized from ANTOSZ at the time of his arrest.

21. Following ANTOSZ's arrest, agents conducted a safety sweep and discovered that ANTOSZ had lined the stairs leading up to his apartment with lit candles.

22. ANTOSZ, who is forty-five years old, admitted in a Mirandized and audio and video recorded interview that he was the individual who has been communicating with the UC, whom he knew to be twelve or thirteen-years-old, for several months, via a social networking application and text message. On May 16, 2022, ANTOSZ paid for a Lyft ride for the purported minor to travel from her purported residence in Allegheny County to his residence located at 2143 Perrysville Avenue in Pittsburgh, Pennsylvania to engage in sexual activity with the purported child. ANTOSZ admitted in the Mirandized and audio and video recorded interview that he paid for the purported child to come to his residence so that he could engage in sexual activity, as much as she would let him, with the purported child.

21.     The acts that ANTHONY ANTOSZ planned to engage in with the purported child, as described in his chats with the undercover and in statements made by him during his interview, are crimes punishable under Pennsylvania law, as described above at paragraph 3.

## CONCLUSION

22.     Considering all of the foregoing, there is probable cause to believe that, from on or about January 19, 2022, and continuing thereafter until on or about May 16, 2022, in the Western District of Pennsylvania, the defendant, ANTHONY ANTOSZ, did use a facility or means of interstate commerce, the Internet and over a cellular phone network, to knowingly attempt to persuade, induce, entice or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

23.     The above information is true and correct to the best of my knowledge, information, and belief.

*s/ Samantha Shelnick*
SAMANTHA SHELNICK
Special Agent, FBI

Sworn to before me, by *telephone*,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 17th day of May, 2022.

_____
HONORABLE CYNTHIA REED EDDY
CHIEF UNITED STATES MAGISTRATE JUDGE

16